UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
JO ANNE BUZZO, individually and on :
behalf of all others similarly situated, :
　　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff, :
vs. : Civil Action No: 08 Civ. 6245 (UA)
　　　　　　　　　　　　　　　　　　　　　:
LEHMAN BROTHERS HOLDINGS INC., :
Wendy M. Uvino, Lehman Brothers :
Holdings Inc. Employee Benefit Plans :
Committee, John Does 1-10, Henry :
Kaufman, John F. Akers, Roger S. Berlind, :
Marsha Johnson Evans and Roland A. :
Hernandez. :
　　　　　　　　　　　　　　　　　　　　　:
　　　　Defendants. :
---------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ronen Sarraf and Joseph Gentile hereby appear on behalf of Plaintiff.

Dated: July 15, 2008　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　　**SARRAF GENTILE LLP**

　　　　　　　　　　　　　　　　　　　　　By: /s/ Ronen Sarraf
　　　　　　　　　　　　　　　　　　　　　　　Ronen Sarraf
　　　　　　　　　　　　　　　　　　　　　　　Joseph Gentile
　　　　　　　　　　　　　　　　　　　　　　　11 Hanover Square, 2nd Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 868-3610
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 918-7967
　　　　　　　　　　　　　　　　　　　　　　　*ronen@sarrafgentile.com*
　　　　　　　　　　　　　　　　　　　　　　　*joseph@sarrafgentile.com*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 15, 2008: (i) a true and correct copy of the foregoing notice of appearance was electronically filed using the Court's ECF system which will send a notification of such filing to all users of the ECF system; and, (ii) a true and correct copy of the foregoing notice of appearance was served by U.S. Mail upon the following:

Jonathan K. Youngwood  
Simpson Thatcher & Bartlett LLP  
425 Lexington Avenue  
New York, NY 10017-3954

                                                                  /s/ Ronen Sarraf