**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------x
JO ANNE BUZZO, individually and on          :
behalf of all others similarly situated,    :
                                            :
        Plaintiff,                          :
v.                                          :       Civil Action No: 08 Civ. 6245
                                            :
LEHMAN BROTHERS HOLDINGS INC.,              :
Wendy M. Uvino, Lehman Brothers             :
Holdings Inc. Employee Benefit Plans        :
Committee, John Does 1-10, Henry            :
Kaufman, John F. Akers, Roger S. Berlind,   :
Marsha Johnson Evans and Roland A.          :
Hernandez.                                  :
                                            :
        Defendants.                         :
-------------------------------------------------x
```

## NOTICE OF NAME CHANGE

PLEASE TAKE NOTICE that effective immediately the law firm of SCHATZ NOBEL IZARD, P.C. has changed its name to:

IZARD NOBEL LLP

The attorneys' email addresses have been changed to reflect izardnobel.com as the new domain name. The firm's address, telephone number and facsimile remain the same.

DATED: July 15, 2008

                                IZARD NOBEL LLP

                                By:/s/ Wiliam Bernarduci
                                    Wiliam Bernarduci  (WB 5785)

Eric Palmquist (EP 6776)
Mark Kindall(MK 8761)
Robert Izard
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
wbernarduci@izardnobel.com
epalmquist@izardnobel.com
rizard@izardnobel.com
mkindall@izardnobel.com

*Counsel for Plaintiff Jo Anne Buzzo and the Class*

**CERTIFICATION**

  I hereby certify that on July 15, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

           /s/ William Bernarduci