UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
JO ANNE BUZZO, On Behalf of Herself :
And All Others Similarly Situated, :
: Civil Action No. 08-cv-6245 (LAK)
                Plaintiff, :
:
                vs. :
:
LEHMAN BROTHERS HOLDINGS INC., :
WENDY M. UVINO, LEHMAN BROTHERS :
HOLDINGS INC. EMPLOYEE BENEFIT PLANS :
COMMITTEE, JOHN DOES 1-10, HENRY :
KAUFMAN, JOHN F. AKERS, ROGER S. :
BERLIND, MARSHA JOHNSON EVANS, AND :
ROLAND A. HERNANDEZ :
:
                Defendants. :
:
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      **PLEASE TAKE NOTICE** that Michael J. Chepiga, a member of this Court in good standing, respectfully enters his appearance as counsel for defendants Lehman Brothers Holdings Inc., Wendy M. Uvino, Lehman Brothers Holdings Inc. Employee Benefit Plans Committee, Henry Kaufman, John F. Akers, Roger S. Berlind, Marsha Johnson Evans, and Roland A. Hernandez in this action and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned defendants.

Dated:  July 25, 2008            Respectfully submitted,

/s/ Michael J. Chepiga_____
Michael J. Chepiga
mchepiga@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017-3954
(212) 455-2000
(212) 455-2502 (fax)
*Counsel for Defendants*