UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
JO ANNE BUZZO, On Behalf of Herself
And All Others Similarly Situated,

                Plaintiff,

        vs.

LEHMAN BROTHERS HOLDINGS INC.,
WENDY M. UVINO, LEHMAN BROTHERS
HOLDINGS INC. EMPLOYEE BENEFIT PLANS
COMMITTEE, JOHN DOES 1-10, HENRY
KAUFMAN, JOHN F. AKERS, ROGER S.
BERLIND, MARSHA JOHNSON EVANS, AND
ROLAND A. HERNANDEZ

                Defendants.
------------------------------------------------------------------x

Civil Action No. 08-cv-6245 (LAK)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      **PLEASE TAKE NOTICE** that Paul C. Curnin, a member of this Court in good standing, respectfully enters his appearance as counsel for defendants Lehman Brothers Holdings Inc., Wendy M. Uvino, Lehman Brothers Holdings Inc. Employee Benefit Plans Committee, Henry Kaufman, John F. Akers, Roger S. Berlind, Marsha Johnson Evans, and Roland A. Hernandez in this action and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned defendants.

Dated:  July 25, 2008

Respectfully submitted,

/s/ Paul C. Curnin_____
Paul C. Curnin
pcurnin@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017-3954
(212) 455-2000
(212) 455-2502 (fax)
*Counsel for Defendants*